CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/16/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRIGNIA
(Lynchburg Division)

**CENTRAL MUTUAL INSURANCE COMPANY,**

    **Plaintiff,**

v.        Civil Action No.: 6:20-cv-00061

**CARTER ELIZABETH GARRETT,
LANDON CORTEZ PARKS, and
HAULERS INSURANCE COMPANY, INC.,**

    **Defendants.**

## DISMISSAL ORDER

This day came the parties to this action, by their attorneys, and advised the Court that they have compromised and settled their differences. Whereupon, on their joint motion, it is accordingly

ORDERED, ADJUDGED and DECREED that this action be, and the same hereby is, DISMISSED WITH PREJUDICE, with each party to pay their own taxable court costs. This matter is removed from the Court's docket.

And the Clerk of this Court is directed to forthwith certify a copy of this Order to each counsel of record.

Endorsements are waived, as counsel for all Parties have seen and agreed to this Order.

ENTER: April 16, 2021

_/s/ Norman K. Moon_
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE